UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SERVISIO SIMMON,

                            Plaintiff,

   v.                                             9:14-CV-1419
                                                     (DNH/ATB)

D. UHLER, et al.,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:                                      OF COUNSEL:

SERVISIO SIMMON
Plaintiff, pro se, 07-A-1347
Auburn Correctional Facility
P.O. Box 618
Auburn, New York 13021

HON. ERIC T. SCHNEIDERMAN            Oriana L. Carravetta, Esq.
Office of the Attorney General - Albany
Counsel for Defendant
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

# **DECISION and ORDER**

     Pro se plaintiff Servisio Simmon filed this action on November 24, 2014. On August 19, 2015, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that defendant's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 be granted. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant's motion for summary judgment (ECF No. 13) is GRANTED;

2. Plaintiff's complaint is DISMISSED IN ITS ENTIRETY; and

3. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 24, 2015
       Utica, New York.